UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SUMMONS IN A CIVIL CASE

TERRENCE J. HANCOCK, WILLIAM LOGAN, JOHN LISNER, DALE BOLT, BRAD WEBB, JAMES BUIK, MICHAEL I. RICHARDSON, and EDWARD DENORMANDIE as Trustees of LOCAL No. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, GARAGE ATTENDANTS, LINEN AND LAUNDRYHEALTH & WELFARE FUND, andTERRENCE J. HANCOCK, WILLIAM LOGAN, JOHN LISNER, STEVE VOGRIN, THOMAS YONKER, and BRAD WEBB as Trustees of LOCAL No. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, PRIVATE SCAVENGERS AND GARAGE ATTENDANTS PENSION FUND,

Plaintiffs

v.

SIANO TRUCKING, INC.,

Defendant.

Docket Number:

Assigned Judge:

Designated Magistrate Judge:

**08 C 538**

JUDGE GUZMAN
MAGISTRATE JUDGE NOLAN

TO:   SIANO TRUCKING, INC.
      c/o George P. Korbakes, Registered Agent
      940 Frontage Road, #1600
      Woodridge, IL 60517

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY:

LaKisha M. Kinsey-Sallis
Dowd, Bloch & Bennett
8 South Michigan Avenue, 19th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

Date

January 24, 2008

Date



# RETURN OF SERVICE

Service of the Summons and Complaint was made by me. | DATE:

NAME OF SERVER (PRINT) | TITLE

*Check one box below to indicate appropriate method of service·*

[_] Served personally upon the defendant. Place where served: _____

[_] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[_] Returned unexecuted: _____

[_] Other (specify): _____

## STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                              Signature of Server

                                        _____
                                              Address of Server

United States District Court

Northern District of Illinois

CASE NAME.: Terrence J. Hancock, et al vs. Siano Trucking, Inc.

CASE NUMBER: 08 C 538

## AFFIDAVIT OF PROCESS SERVER

I, **John St. John**, being duly sworn on oath, deposes and states as follows:

1. I am an agent of Elite Process Service & Investigations, Inc. with its principal place of business located in Plainfield, Illinois 60585. I am authorized to effectuate service of process in the State of Illinois.

2. Elite Process Service & Investigations, Inc. is licensed to do business within the State of Illinois by the Illinois Department of Professional Regulations with an Illinois License No. of 117-001199.

3. I am a citizen of the United States of America and an adult over the age of eighteen (18) and not a party to the within case.

4. I was contracted to serve process in the above captioned case.

5. I personally served the within **Summons in a Civil Case and Complaint** in the above captioned matter on **Siano Trucking, Inc. c/o its Registered Agent George P. Korbakes** at his/her usual place of business located at **940 Frontage Road Unit 1600, Woodridge, IL 60517** by serving his/her authorized agent and/or employee **Jim Kotsiviras on 01/30/2008** at **11:13 AM**. Description: **Sex: Male – Age: 50 – Skin: White – Hair: Gray – Height: 6.7 – Weight: 225**

6. The facts and matters set forth above are based upon my personal knowledge and if called to testify herein, I could do so competently.

FURTHER AFFIANT SAYETH NOT.

X _____
John St. John

Subscribed and sworn to before me on this ____ day of _____, 20__

_____
Notary Public

10524