UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SUMMONS IN A CIVIL CASE

TERRENCE J. HANCOCK, WILLIAM LOGAN, JOHN LISNER, DALE BOLT, BRAD WEBB, JAMES BUIK, MICHAEL I. RICHARDSON, and EDWARD DENORMANDIE as Trustees of LOCAL No. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, GARAGE ATTENDANTS, LINEN AND LAUNDRY HEALTH & WELFARE FUND, and TERRENCE J. HANCOCK, WILLIAM LOGAN, JOHN LISNER, STEVE VOGRIN, THOMAS YONKER, and BRAD WEBB as Trustees of LOCAL No. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, PRIVATE SCAVENGERS AND GARAGE ATTENDANTS PENSION FUND,

Plaintiffs

v.

SIANO TRUCKING, INC.,

Defendant.

Docket Number:

Assigned Judge:

Designated Magistrate Judge:

**08 C 538**

**JUDGE GUZMAN
MAGISTRATE JUDGE NOLAN**

TO:   SIANO TRUCKING, INC.
      c/o George P. Korbakes, Registered Agent
      940 Frontage Road, #1600
      Woodridge, IL 60517

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY:

LaKisha M. Kinsey-Sallis
Dowd, Bloch & Bennett
8 South Michigan Avenue, 19th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*Anya Ellis*

(By) DEPUTY CLERK

Date

**January 24, 2008**

Date



EXHIBIT A

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me.

DATE:

NAME OF SERVER (PRINT)

TITLE

*Check one box below to indicate appropriate method of service-*

[_] Served personally upon the defendant. Place where served: _____
_____

[_] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

[_] Returned unexecuted: _____
_____
_____

[_] Other (specify): _____
_____
_____

## STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
               Date                      Signature of Server

                                        _____
                                        Address of Server

**United States District Court**

**Northern District of Illinois**

CASE NAME.: Terrence J. Hancock, et al vs. Siano Trucking, Inc.

CASE NUMBER: 08 C 538

### AFFIDAVIT OF PROCESS SERVER

I, **John St. John**, being duly sworn on oath, deposes and states as follows:

1. I am an agent of Elite Process Service & Investigations, Inc. with its principal place of business located in Plainfield, Illinois 60585. I am authorized to effectuate service of process in the State of Illinois.

2. Elite Process Service & Investigations, Inc. is licensed to do business within the State of Illinois by the Illinois Department of Professional Regulations with an Illinois License No. of 117-001199.

3. I am a citizen of the United States of America and an adult over the age of eighteen (18) and not a party to the within case.

4. I was contracted to serve process in the above captioned case.

5. I personally served the within **Summons in a Civil Case and Complaint** in the above captioned matter on **Siano Trucking, Inc. c/o its Registered Agent George P. Korbakes** at his/her usual place of business located at **940 Frontage Road Unit 1600, Woodridge, IL 60517** by serving his/her authorized agent and/or employee **Jim Kotsiviras on 01/30/2008 at 11:13 AM**. Description: Sex: Male – Age: 50 – Skin: White – Hair: Gray – Height: 6.7 – Weight: 225

6. The facts and matters set forth above are based upon my personal knowledge and if called to testify herein, I could do so competently.

FURTHER AFFIANT SAYETH NOT.

X _____
John St. John

Subscribed and sworn to before me on this ___ day of _____

Notary Public

10524

PLEASE RETURN THIS COPY OF THE REPORT WITH YOUR PAYMENT

REPORT OF PAYMENTS TO:

# LOCAL 731, I.B. OF T. GARAGE ATTENDANTS, LINEN AND LAUNDRY HEALTH AND WELFARE FUND - LOCAL 731 I.B. OF T. GARAGE ATTENDANTS PENSION FUND

1000 BURR RIDGE PKWY     BURR RIDGE, ILLINOIS 60527
TELEPHONE 630-887-4150

PAGE 1

SIANO TRUCKING SERVICE, INC.
16905 MEADOWCREST DRIVE
LOCKPORT    IL   60441

EER NO. 30899  REPORT FOR THE MONTH OF OCTOBER 2007
DATE 10/26/2007 COVERING PAYROLL PERIODS (SATURDAYS) ENDING

RECEIVED NOV 27 2007

TELEPHONE (815)485-0468

(1) 6  (2) 13  (3) 20  (4) 27  (5)

119.225

REPORT DUE 20th OF MONTH. LATE REPORTS SUBJECT TO MINIMUM 10% LIQUIDATED DAMAGES.     PREPARED BY _____

| # | NAME | SOCIAL SECURITY NUMBER | 1 | 2 | 3 | 4 | 5 | TOTAL | CODE | REMARKS (IF NO CONTRIBUTION MADE IN A WEEK GIVE REASON) | BIRTH DATE |
|---|------|------------------------|---|---|---|---|---|-------|------|---------|-------|
| 1 | SIANO SR STEVEN C | [redacted] | X | X | X | X |  | 4 |  |  |  |
| 2 |  |  |  |  |  |  |  |  |  |  |  |
| 3 |  |  |  |  |  |  |  |  |  |  |  |
| 4 |  |  |  |  |  |  |  |  |  | Pd CK # 7003 |  |
| 5 |  |  |  |  |  |  |  |  |  | 11-19-07 |  |
| 6 |  |  |  |  |  |  |  |  |  | $804.60 |  |
| 7 |  |  |  |  |  |  |  |  |  |  |  |
| 8 |  |  |  |  |  |  |  |  |  |  |  |
| 9 |  |  |  |  |  |  |  |  |  |  |  |
| 10 |  |  |  |  |  |  |  |  |  |  |  |
| 11 |  |  |  |  |  |  |  |  |  |  |  |
| 12 |  |  |  |  |  |  |  |  |  |  |  |
| 13 |  |  |  |  |  |  |  |  |  |  |  |
| 14 |  |  |  |  |  |  |  |  |  |  |  |
| 15 |  |  |  |  |  |  |  |  |  |  |  |
| 16 |  |  |  |  |  |  |  |  |  |  |  |

WORK CODES
N - NEW
R - RETURN
T - TERMINATED (REASON)
S - SICK
O - OCCUPATIONAL INJURY
D - TOTAL DISABILITY
M - TRANSFER TO MANAGEMENT
L - LAYOFF
Z - DEATH
ENTER WORK CODES FOR ALL ADDITIONS AND DELETIONS

NOV 27 2007

W-_7003_
P-_____

| | |
|---|---|
| TOTAL WEEKS THIS PAGE | |
| TOTAL WEEKS ALL PAGES | |
| TOTAL WELFARE @ 201.15 per wk. | |
| per wk. | |

PRIOR PERIOD OVER/UNDER PAYMENTS

TOTAL CHECK AMOUNTS  804.60

EXHIBIT B

PLEASE SEND SEPARATE CHECK

PLEASE RETURN THIS COPY OF THE REPORT WITH YOUR PAYMENT

REPORT OF PAYMENTS TO:

# LOCAL 731, I.B. OF T. GARAGE ATTENDANTS, LINEN AND LAUNDRY HEALTH AND WELFARE FUND - LOCAL 731 I.B. OF T. GARAGE ATTENDANTS PENSION FUND

1000 BURR RIDGE PKWY    BURR RIDGE, ILLINOIS 60527
TELEPHONE 630-887-4150

Dec. 2007   PAGE 1

SIANO TRUCKING SERVICE, INC.
16905 MEADOWCREST DRIVE
LOCKPORT, IL 60441

EER NO. 30899   REPORT FOR THE MONTH OF NOVEMBER 2007
DATE 11/27/2007   COVERING PAYROLL PERIODS SATURDAYS ENDING
TELEPHONE (815) 485-0468   (1) 3   (2) 10   (4) 17   24

over 36.10 / 35.00
11/07 12200²   12/07 12200⁴

REPORT DUE 20th OF MONTH. LATE REPORTS SUBJECT TO MINIMUM 10% LIQUIDATED DAMAGES.   PREPARED BY _____

| # | NAME | SOCIAL SECURITY NUMBER | 1 | 2 | 3 | 4 | 5 | TOTAL | CODE | REMARKS IF NO CONTRIBUTION MADE IN A WEEK GIVE REASON | BIRTH DATE |
|---|------|------------------------|---|---|---|---|---|-------|------|----|----|
| 1 | SIANO SR STEVEN C | ███████ | X | X | X | X |   | 4 |   |   |   |
| 2 |   |   |   |   |   |   |   |   |   |   |   |
| 3 |   |   |   |   |   |   |   |   |   |   |   |
| 4 |   |   |   |   |   |   |   |   |   |   |   |
| 5 |   | Ck # 7045 |   |   |   |   |   |   |   | Pd. Nov. & |   |
| 6 |   |   |   |   |   |   |   |   |   | Dec. |   |
| 7 |   | 1/28/08 |   |   |   |   |   |   |   |   |   |
| 8 |   |   |   |   |   |   |   |   |   | Health & |   |
| 9 |   |   |   |   |   |   |   |   |   | Welfare |   |
| 10 |   |   |   |   |   |   |   |   |   | Fund |   |
| 11 |   |   |   |   |   |   |   |   |   |   | Pd 1845³⁵ |
| 12 |   |   |   |   |   |   |   |   |   |   | 1845³⁵ |
| 13 |   |   |   |   |   |   |   |   |   |   |   |
| 14 |   |   |   |   |   |   |   |   |   |   |   |
| 15 |   |   |   |   |   |   |   |   |   |   | 1845³⁵ |
| 16 |   |   |   |   |   |   |   |   |   |   |   |

WORK CODES
N - NEW
R - RETURN
T - TERMINATED (REASON)   JAN 3 1 2008
S - SICK
O - OCCUPATIONAL INJURY
D - TOTAL DISABILITY
M - TRANSFER TO MANAGEMENT
L - LAYOFF
Z - DEATH
ENTER WORK CODES FOR W-4   7045
ALL ADDITIONS AND DELETIONS   P-#

| | | PRIOR PERIOD OVER/UNDER PAYMENTS | TOTAL CHECK AMOUNTS |
|---|---|---|---|
| TOTAL WEEKS THIS PAGE |   |   |   |
| TOTAL WEEKS ALL PAGES |   |   |   |
| TOTAL WELFARE @ 201.15 per wk. |   | NOV. | 840.60 |
| TOTAL PENSION @ per wk. |   | Dec | 1005.75 |

1846³⁵

PLEASE REMIT BY SEPARATE CHECK

PLEASE RETURN THIS COPY OF THE REPORT WITH YOUR PAYMENT

*119204*

REPORT OF PAYMENTS
TO
# LOCAL 731, I.B. OF T. PRIVATE SCAVENGERS WELFARE-PENSION FUND
1000 BURR RIDGE PKWY     BURR RIDGE, ILLINOIS 60527
TELEPHONE 630-887-4150

SIANO TRUCKING SERVICE, INC.
16905 MEADOWCREST DRIVE
LOCKPORT    IL    60441

EER NO. 21133   REPORT FOR THE MONTH OF OCTOBER
DATE 10/25/2007   COVERING PAYROLL PERIODS (SATURDAYS) ENDING
TELEPHONE (815)485-0468    (1)    (2) 6    (3) 13    (4) 20    (5) 27

RECEIVED NOV 21 2007 By_____

REPORT DUE 20th OF MONTH. LATE REPORTS SUBJECT TO MINIMUM 10% LIQUIDATED DAMAGES.    PREPARED BY _____

| # | NAME | SOCIAL SECURITY NUMBER | 1 | 2 | 3 | 4 | 5 | TOTAL | CODE | REMARKS (IF NO CONTRIBUTION MADE IN A WEEK GIVE REASON) | BIRTH DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SIANO SR STEVEN C | ████████ | X | X | X | X | | 4 | | | |
| 2 | | | | | | | | | | | |
| 3 | | | | | | | | | | Pd. CK # 7006 | |
| 4 | | | | | | | | | | 11-19-07 | |
| 5 | | | | | | | | | | $540 00 | |
| 6 | | | | | | | | | | | |
| 7 | | | | | | | | | | | |
| 8 | | | | | | | | | | | |
| 9 | | | | | | | | | | | |
| 10 | | | | | | | | | | | |
| 11 | | | | | | | | | | | |
| 12 | | | | | | | | | | | |
| 13 | | | | | | | | | | | |
| 14 | | | | | | | | | | | |
| 15 | | | | | | | | | | | |
| 16 | | | | | | | | | | | |

WORK CODES
N - NEW
R - RETURN
T - TERMINATED (REASON)
S - SICK
O - OCCUPATIONAL INJURY
D - TOTAL DISABILITY
M - TRANSFER TO MANAGEMENT
L - LAYOFF
Z - DEATH
ENTER WORK CODES FOR ALL ADDITIONS AND DELETIONS

NOV 19 2007

P # 2006

| | | PRIOR PERIOD OVER/UNDER PAYMENTS | TOTAL CHECK AMOUNTS |
|---|---|---|---|
| TOTAL WEEKS THIS PAGE | | | |
| TOTAL WEEKS ALL PAGES | | | |
| TOTAL WELFARE @    per wk. | | | |
| TOTAL PENSION @ 135.00 per wk. | | | 540.00 |

**PLEASE REMIT BY SEPARATE CHECK**
ENTER DATE OF ADDITION OR TERMINATION FOR ALL CODE ENTRIES WITH MEMBER'S BIRTH DATE

121999

PLEASE RETURN THIS COPY OF THE REPORT WITH YOUR PAYMENT

REPORT OF PAYMENTS
TO
## LOCAL 731, I.B. OF T. PRIVATE SCAVENGERS WELFARE-PENSION FUND
1000 BURR RIDGE PKWY            BURR RIDGE, ILLINOIS 60527
TELEPHONE 630-887-4150

PAGE 1

SIANO TRUCKING SERVICE, INC.
16905 MEADOWCREST DRIVE
LOCKPORT    IL    60441

EER NO. 21133   REPORT FOR THE MONTH OF NOVEMBER ✓ 2007
DATE 11/20/2007 COVERING PAYROLL PERIODS (SATURDAYS) ENDING

TELEPHONE     (1)   (2)   (3)   (4)
(815)485-0468  3    10    17    24

JAN 30 2008

REPORT DUE 20th OF MONTH. LATE REPORTS SUBJECT TO MINIMUM 10% LIQUIDATED DAMAGES.   PREPARED BY _____

| NAME | SOCIAL SECURITY NUMBER | 1 | 2 | 3 | 4 | 5 | TOTAL | CODE | REMARKS IF NO CONTRIBUTION MADE IN A WEEK GIVE REASON | BIRTH DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 SIANO SR STEVEN C | ███████ | X | X | X | X |  | 4 |  |  |  |
| 2 |  |  |  |  |  |  |  |  |  |  |
| 3 |  |  |  |  |  |  |  |  |  |  |
| 4 |  |  |  |  |  |  |  |  |  |  |
| 5 |  |  |  |  |  |  |  |  | Nov + Dec |  |
| 6 |  |  |  |  |  |  |  |  | ck# 7046 |  |
| 7 |  |  |  |  |  |  |  |  | pd 1/28/08 |  |
| 8 |  |  |  |  |  |  |  |  |  |  |

WORK CODES
N - NEW
R - RETURN
T - TERMINATED (REASON)
S - SICK
O - OCCUPATIONAL INJURY
D - TOTAL DISABILITY
M - TRANSFER TO MANAGEMENT
L - LAYOFF
Z - DEATH
ENTER WORK CODES FOR ALL ADDITIONS AND DELETIONS

JAN 30 2008   TOTAL WEEKS THIS PAGE
TOTAL WEEKS ALL PAGES   7046
TOTAL WELFARE @ _____ per wk.
TOTAL PENSION @ 135.00 per wk.

| | PRIOR PERIOD OVER/UNDER PAYMENTS | TOTAL CHECK AMOUNTS |
|---|---|---|
|  | Nov. | 540.00 |
|  | Dec. | 675.00 |
| Pension |  | 1215.00 |

**PLEASE REMIT BY SEPARATE CHECK**

## AFFIDAVIT OF CINDY PERNA

**COUNTY OF COOK**     )
                       ) SS
**STATE OF ILLINOIS**  )

I, Cindy Perna, of full age, being duly sworn on my oath, hereby depose and say as follows:

1. I am an employee of the Local No. 731, I. B. of T., Garage Attendants Linen & Laundry Health & Welfare Fund ("Welfare Fund") and Local No. 731, I. B. of T., Private Scavengers & Garage Attendants Pension Fund ("Pension Fund")(collectively the "Funds") and in such capacity, have personal knowledge of the matters contained in this affidavit, and if necessary, I could testify to the facts contained herein.

2. I have responsibility for maintaining Siano Trucking Service, Inc.'s account with respect to the Funds in this matter. Furthermore, I am in charge of keeping and maintaining records of contribution reports and contributions received by the Funds from each person, firm and corporation required to make contributions to the Funds.

3. Pursuant to the terms of the labor agreements with Local 731, I. B. of T., signatory employers are required to make contributions to the Funds on behalf of their covered employees.

4. Defendant Siano Trucking Service, Inc. (hereinafter "Defendant Company"), is signatory on the collective bargaining agreements. As a result, the Defendant Company was required to file monthly reports and contribute per week, per employee the following amounts to the Welfare Fund: $185.15 for relevant periods beginning October 1, 2006 and $201.15 for relevant periods beginning October 1, 2007. The Defendant Company was also required to file monthly reports and contribute per week, per employee the following amounts to the Pension Fund: $115.00 for relevant periods beginning October 1, 2006 and $135.00 for relevant periods beginning October 1, 2007.



EXHIBIT C

5. Notwithstanding the Defendant Company's obligations under the labor agreement and despite demand being duly made, the Defendant Company has failed to properly pay contributions owed to both Funds for the work months of November 2007 through January 2008 and for October 2007 to the Pension Fund due to an NSF payment. The payment to the Welfare Fund for October 2007 was returned NSF but cleared on redeposit; however, the Defendant Company still owes interest and liquidated damages to the Welfare Fund related to this remittance.

6. The Company remitted checks to cover the contributions due for the months of November 2007 through December 2007; however, those checks were returned to the Funds for insufficient funds.

7. Additionally, the Defendant Company owes interest and liquidated damages for its untimely remittance of contributions and reports for February 2007 and March 2007, which remain unpaid.

8. In accordance with the terms of the Labor Agreements and the Fund's Trust Agreement and Collection Procedures, the Defendant Company is liable for interest on the delinquent contributions at a rate of 1% per month until paid, and liquidated damages calculated at 20% once a lawsuit is filed on the delinquent amounts.

9. According to the Collection Procedures adopted by the Trustees of the Funds, in the absence of reports or information to the contrary, contributions may be estimated for the delinquent period based on the number of bargaining unit employees having last been reported prior to the delinquency period.

10. The Defendant Company has consistently reported one bargaining unit employee to the Funds.

11. Based on actual reports remitted by the Defendant Company to the Funds for the months of October 2007 through December 2007 and estimated contributions for January 2008, the Defendant Company owes the following amounts for delinquent contributions, interest, liquidated damages, accrued interest and liquidated damages but not including attorneys' fees and costs:

|  | **WELFARE** | **PENSION** |
|---|---|---|
| Actual Contributions (11/07-12/07) | $ 1,810.35 | $ 1,215.00 |
| Actual Contributions (10/07) |  | $ 540.00 |
|  |  |  |
| Estimated Contributions (01/08) | $ 804.60 | $ 540.00 |
| Interest (10/07-01/08) | $ 69.14 | $ 46.40 |
| Liquidated Damages @ 20% (10/07-01/08) | $ 522.99 | $ 459.00 |
| Accumulated LDs/Interest (2/07,03/07) | $ 190.78 | $ 118.50 |
| **Total** | **$ 3,397.86** | **$ 2,918.90** |

12. Under the collective bargaining agreement and the Funds' Trust Agreements, the Defendant Company must also pay all reasonable attorneys' fees and costs of collection incurred by the Funds.

I have read the foregoing affidavit and swear that it is true and correct to the best of my knowledge, information, and belief.

Subscribed and sworn to me on this ___ day of February, 2008

_____
Notary Public

"OFFICIAL SEAL" Cindy Perna
Roberta A. Lester
Notary Public, State of Illinois
My Commission Expires 04-03-11

3

## AFFIDAVIT OF LAKISHA M. KINSEY-SALLIS

**COUNTY OF COOK**     )
                       ) SS
**STATE OF ILLINOIS**  )

I, LaKisha M. Kinsey-Sallis, of full age, being duly sworn on my oath, hereby depose and say as follows:

1. I am an attorney admitted to the regular bar of this Court and the State of Illinois.

2. I am an associate in the firm Dowd, Bloch & Bennett where I practice exclusively in the areas of ERISA, labor and employment law. In this position I have responsibility in representing Plaintiffs in case number 08-C-538.

3. This affidavit is based on my personal knowledge and, if necessary, I could testify to the facts contained in this affidavit.

4. Through the filing of this motion, the Firm has devoted a total of approximately 10.10 hours to the representation of the Local No. 731, I. B. of T., Garage Attendants, Linen and Laundry Health & Welfare and the Local No. 731, I. B. of T., Private Scavengers Garage Attendants Pension Funds in connection with this case. This includes time spent conferring with my client, having conversations with a representative of the Defendant regarding delinquent contributions and reports, preparing demand letters, making calculations of the amounts due, notifying the Defendants of its NSF payments, preparing the complaint and related documents, discussing service on the Defendant with the process server, reviewing Orders entered in this matter and notifying the Defendant of the same, researching the Defendant company's corporate structure and preparing the motion for default judgment and related documents.



EXHIBIT D

5. The rate which our firm charged the Funds for the work of associates prior to March 2007 was $175.00 per hour, $90.00 per hour for the work of law clerks and $65.00 for paralegals. Effective March 1, 2007, the rate our firm charges for my work is $175.00 per hour, $200.00 per hour for the work of Ms. Michele M. Reynolds, $90.00 per hour for the work of law clerks and $90.00 for the work of paralegals.

6. I anticipate I will devote at least three additional hours to the case in preparing for and attending the hearing on this motion, examining any order or orders that may be entered, and informing my client and the Defendant of the results; and I therefore seek recovery on behalf of the Funds the charge which will be made for three hours of my time in addition to the 10.10 hours described in ¶4, for a total of 13.10 hours.

7. Based on a total 13.10 hours of work which the firm performed or will perform on behalf of the Funds, the Funds will incur attorneys' fees in the amount of $2,392.75.

8. In addition, the Funds have incurred cost in the amount of $424.28, specifically $9.28 for postage, $350.00 filing fee and $65.00 for charges related to service of process.

9. Accordingly, the Funds have incurred or will incur additional attorneys' fees and costs in the amount of **$2,817.03**.

I have read the foregoing affidavit and swear that it is true and correct to the best of my knowledge, information, and belief.

Subscribed and sworn to me this 26th day of February, 2008,

_____
Notary Public

LaKisha M. Kinsey-Sallis

"OFFICIAL SEAL"
ANNA MARIE HERNANDEZ
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11/7/2009

2