**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **TERRENCE J. HANCOCK, WILLIAM LOGAN, JOHN LISNER, DALE BOLT, BRAD WEBB, JAMES BUIK, MICHAEL I. RICHARDSON, and EDWARD DENORMANDIE as Trustees of LOCAL No. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, GARAGE ATTENDANTS, LINEN AND LAUNDRY HEALTH & WELFARE FUND,** | ) ) ) ) ) ) ) ) |
| **and** | ) **Case No. 08 C 538** ) |
| **TERRENCE J. HANCOCK, WILLIAM LOGAN, JOHN LISNER, STEVE VOGRIN, THOMAS YONKER, and BRAD WEBB as Trustees of LOCAL No. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, PRIVATE SCAVENGERS AND GARAGE ATTENDANTS PENSION FUND,** | ) ) ) **Judge Guzman** ) ) ) **Magistrate Judge Nolan** |
| **Plaintiffs,** | ) ) ) |
| **v.** | ) ) |
| **SIANO TRUCKING SERVICE, INC.,** | ) ) |
| **Defendant.** | ) |

**JUDGMENT ORDER**

This matter came before the Court on Plaintiffs' Motion for Default Judgment Against Defendant SIANO TRUCKING SERVICE, INC.  The Court has examined the Plaintiffs' submissions and is fully informed.  It appears that good cause exists for granting Plaintiffs' motion:

WHEREAS, the Plaintiffs filed their Complaint on January 24, 2008 and the Defendant SIANO TRUCKING SERVICE, INC., was served with a copy of the Complaint and Summons on January 30, 2008; and

WHEREAS, the Defendant has failed to answer or otherwise plead to the Complaint;

WHEREAS, upon application of the Plaintiffs and for good cause shown, a default judgment is hereby entered against Defendant SIANO TRUCKING SERVICE, INC., in accordance with the prayer of the Complaint in the above styled action; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered on behalf of the Plaintiffs and against Defendant SIANO TRUCKING SERVICE, INC., as follows:

1.    Judgment is entered against SIANO TRUCKING SERVICE, INC., in the total amount of **$9,133.79** for amounts due for the months of February 2007, March 2007, and October 2007 through January 2008 and Defendant SIANO TRUCKING SERVICE. INC., is ordered to submit **$4,806.38** to Plaintiff  Local No. 731, I. B. of T.,GARAGE ATTENDANTS, LINEN AND LAUNDRY HEALTH & WELFARE FUND and **$4,327.41** to Plaintiff Local No. 731, I. B. of T., PRIVATE SCAVENGERS AND GARAGE ATTENDANTS PENSION FUND within 10 days of the date of this Order for the following:

|  | WELFARE | PENSION |
|---|---|---|
| Actual Contributions (11/07-12/07) | $ 1,810.35 | $ 1,215.00 |
| Actual Contributions (10/07) |  | $ 540.00 |
| Estimated Contributions (01/08) | $ 804.60 | $ 540.00 |
| Interest (10/07-01/08) | $ 69.14 | $ 46.40 |
| Liquidated Damages @ 20% (10/07-01/08) | $ 522.99 | $ 459.00 |
| Accumulated LDs/Interest (2/07,03/07) | $ 190.78 | $ 118.50 |
| Attorneys' Fees & Costs | $ 1,408.52 | $ 1,408.51 |
| **Total** | **$ 4,806.38** | **$ 4,327.41** |

**Total: $9,133.79**

2.    Nothing in this Order shall prevent the Funds from auditing the Defendant's

2

records for any non-audited period and collecting any amounts determined to be due as a result

of

the audit.

Entered By:

_____

Honorable Judge Ronald A. Guzman

Date: _____