**CERTIFICATE OF SERVICE**

I, LaKisha M. Kinsey-Sallis, an attorney, hereby certify that I will cause to be served a copy of the foregoing Plaintiffs' Motion for Default Judgment and the attached proposed Order via electronic filing on the parties eligible to receive e-filing and by having copies mailed to the parties not eligible for e-filing on February 28, 2008 with proper postage prepaid at the addresses indicated.

Siano Trucking, Inc.
c/o Mary Siano, President
16905 Meadowcrest Drive
Lockport, IL 60441

                                          /s/ LaKisha M. Kinsey-Sallis
                                          LaKisha M. Kinsey-Sallis
                                          One of Plaintiffs' Attorneys