IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TERRENCE J. HANCOCK, WILLIAM LOGAN, JOHN LISNER, DALE BOLT, BRAD WEBB, JAMES BUIK, MICHAEL I. RICHARDSON, and EDWARD DENORMANDIE as Trustees of LOCAL No. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, GARAGE ATTENDANTS, LINEN AND LAUNDRY HEALTH & WELFARE FUND, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| and | ) Case No. 08 C 538 |
| TERRENCE J. HANCOCK, WILLIAM LOGAN, JOHN LISNER, STEVE VOGRIN, THOMAS YONKER, and BRAD WEBB as Trustees of LOCAL No. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, PRIVATE SCAVENGERS AND GARAGE ATTENDANTS PENSION FUND, | )<br>)<br>) Judge Guzman<br>)<br>)<br>) Magistrate Judge Nolan |
| Plaintiffs, | ) |
| v. | ) |
| SIANO TRUCKING SERVICE, INC., | ) |
| Defendant. | ) |

### AMENDED NOTICE OF MOTION

TO:  Siano Trucking, Inc.
     c/o Mary Siano, President
     16905 Meadowcrest Drive
     Lockport, IL 60441

PLEASE TAKE NOTICE that on **Thursday, March 6, 2008** at **9:00 a.m.**, or as soon as thereafter as I may be heard, I will appear before the Honorable Ronald A. Guzman, or any Judge sitting in his place, at the courtroom usually occupied by him in Courtroom 1219 of the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, 60604, and present Plaintiffs' Motion for Default Judgment, a copy of which was previously served upon you.

Respectfully Submitted

/s/LaKisha M. Kinsey-Sallis
One of Plaintiffs' Attorneys

J. Peter Dowd
Michele M. Reynolds
LaKisha M. Kinsey-Sallis
Steven W. Jados
**DOWD, BLOCH & BENNETT**
8 South Michigan Avenue, 19th Floor
Chicago, IL  60603
(312) 372-1361