**CERTIFICATE OF SERVICE**

I, LaKisha M. Kinsey-Sallis, an attorney, hereby certify that I will cause to be served a copy of the foregoing Amended Notice of Motion via electronic filing on the parties eligible to receive e-filing and by having copies mailed to the parties not eligible for e-filing on February 29, 2008 with proper postage prepaid at the addresses indicated.

Siano Trucking, Inc.
c/o Mary Siano, President
16905 Meadowcrest Drive
Lockport, IL 60441

                                              /s/ LaKisha M. Kinsey-Sallis
                                              LaKisha M. Kinsey-Sallis
                                              One of Plaintiffs' Attorneys