# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 538 | **DATE** | 3/6/2008 |
| **CASE TITLE** | TERRENCE J. HANCOCK, et al vs. SIANO TRUCKING SERVICE, INC. | | |

**DOCKET ENTRY TEXT**

Enter Judgment Order.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

| | Courtroom Deputy Initials: | CG |
|---|---|---|