MHN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TERRENCE J. HANCOCK, WILLIAM LOGAN, JOHN LISNER, DALE BOLT, BRAD WEBB, JAMES BUIK, MICHAEL I. RICHARDSON, and EDWARD DENORMANDIE as Trustees of LOCAL No. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, GARAGE ATTENDANTS, LINEN AND LAUNDRY HEALTH & WELFARE FUND, | ) ) ) ) ) ) ) ) ) |
| and | ) Case No. 08 C 538 |
| TERRENCE J. HANCOCK, WILLIAM LOGAN, JOHN LISNER, STEVE VOGRIN, THOMAS YONKER, and BRAD WEBB as Trustees of LOCAL No. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, PRIVATE SCAVENGERS AND GARAGE ATTENDANTS PENSION FUND, | ) ) ) ) Judge Guzman ) ) ) Magistrate Judge Nolan |
| Plaintiffs, | ) ) |
| v. | ) ) |
| SIANO TRUCKING SERVICE, INC., | ) ) |
| Defendant. | ) ) |

### THIRD PARTY CITATION TO DISCOVER ASSETS

To:   Harris N.A.
      111 W. Monroe
      Chicago, IL 60602

THIS COURT HAS ISSUED A CITATION AGAINST HARRIS N.A. This Citation directs an agent of HARRIS N.A. to appear before LaKisha M. Kinsey-Sallis, attorney for the Plaintiff, at 8 South Michigan Avenue, Suite 1900, Chicago, Illinois 60603 on June 3, 2008 at 2:00 p.m., to be examined under oath concerning the indebtedness owed to the Plaintiffs.[1] The Citation was issued

---

[1] Plaintiffs reserve the right to take a citation deposition, but may waive such right upon review of the documents requested. See Ill. Rev. Stat. Ch. 110A §277. Please contact Plaintiffs'

on the basis of a judgment order entered on March 6, 2008 by Judge Ronald A. Guzman against Siano Trucking Service, Inc., in the total amount of $9,133.79. To date, the Defendant has paid a total of $5,481.73 toward the judgment leaving an unpaid balance of $3,652.06. You are commanded to produce at the examination all books, records and documents reflecting the assets and financial status of judgment-debtor Siano Trucking Service, Inc.

**YOU ARE PROHIBITED** from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to Siano Trucking Service, Inc., which it may be entitled to or which may be acquired by or become due to it and from paying over or otherwise disposing of any money not so exempt, that is due or becomes due to the Defendant until further order of court or termination of the proceedings. <u>You are not required to withhold the payment of any money beyond double the amount of the judgment balance due.</u>

The amount of income or assets that may be applied toward the judgment is limited by Federal and Illinois law. A JUDGMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF A JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE:

1) Under Illinois or Federal law, the exemptions of personal property owned by a debtor include a debtor's equity interest, not to exceed $4,000.00 in value, in any personal property as chosen by the debtor; Social Security and SSI benefits; public assistance benefits; unemployment compensation benefits; workers compensation benefits; veteran's benefits; circuit breaker property tax relief benefits; the debtor's equity interest not to exceed $2,400.00 in value, in any one motor vehicle, and the debtor's equity interest, not to exceed $1,500.00 in value, in any implements professional books, or tools of the trade of the debtor;

2) Under Illinois law, every person is entitled to estate in homestead, when it is owned and occupied as a residence, to the extent in value of $15,000.00, which homestead is exempt from judgment;

---

counsel, LaKisha M. Kinsey-Sallis at (312) 372-1361 to discuss charges for the documentation requested <u>prior</u> to copying and sending documents.

3) Under Illinois law, the amount of wages that may be applied toward a judgment is limited to the lessor of (I) 15% of gross weekly wages or (ii) the amount by which disposable earnings for a week exceed the total 45 times the federal minimum hourly wage.

4) Under Federal law, the amount of wages that may be applied toward a judgment is limited to the lesser of (I) 25% of disposable earnings for a week or (ii) the amount by which disposable earnings for a week exceeds 30 times the federal minimum hourly wage.

5) Pension and retirement benefits and refunds may be claimed as exempt under Illinois law.

The Judgment Debtor may have other possible exemptions under the law.

THE JUDGMENT DEBTOR HAS THE RIGHT AT THE CITATION HEARING TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH. The judgment-debtor also has the right to seek a declaration at an earlier date by notifying the clerk in writing at the Office of the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, 20th Floor, Chicago, Illinois. When so notified, the Clerk of the Court will obtain a prompt hearing from the court and will provide the forms that must be prepared by the judgment-debtor or the attorney for the judgment debtor and sent to the judgment-creditors and judgment creditors' attorney regarding time and location of hearing. This notice may be sent by regular first class mail. If Siano Trucking Service, Inc., claims an exemption as indicated above or has other questions regarding the procedures, you may contact the judgment-creditors' attorney, LaKisha M. Kinsey-Sallis, at (312) 372-1361.

YOUR FAILURE TO APPEAR IN COURT AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT.

| CLERK OF COURT | DATE |
|---|---|
| MICHAEL W. DOBBINS | MAY 13 2008 |

_Paula Harrison_
DEPUTY CLERK

(Rev. 10/26/01) CCG 0644 B

## ANSWER

__Harris N.A.__, certify under penalty of perjury that with regard to the
Citation Respondent
property of the judgment debtor, the Citation Respondent files the following answer to this Citation to Discover Assets and is in possession of the following property of the judgment debtor.

Circle one or more of the following and indicate the amount held:

A)  Savings Account (Amount withheld) $ _____
B)  Checking and / or Now Account (Amount withheld) $ __4616.78__
C)  Certificate of Deposit (Amount held) $ _____
D)  Money Market Account (Amount held) $ _____
E)  Trust Account (Amount held) $ _____
F)  Safety Deposit Box $ _____
G)  No Accounts _____
H)  Adverse Claimant: Name _____ Address _____
I)  Wages, Salary or Commissions _____
J)  Other Personal Property (Describe) _____

Attach a sheet for any additional information required by the Citation

FILED
MAY 29 2008 PH
5-29-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Sub Total __4616.78__

Less right of offset for other loans
Less deduction for fees limited by
205 ILCS 5/48.1            _____

Total __4616.78__

According to the business records kept by the Citation Respondent we show the above accounts to be correct.

_____
Agent for Citation Respondent

_____ on oath state.
I am over 21 years of age and not a party to this case. I served the citation to discover assets as follows:
on _____ by leaving a copy with the third party defendant on _____,_____
at the hour of _____ .m. at _____ Street, _____ County, Illinois
On the third party defendant _____ by mailing a copy on _____,_____
by certified mail addressed to agent of the third party defendant, return receipt requested.

(attached green card receipt
of service here)

**Signed and sworn by party making service

_____,_____

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS